**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1317**

———————

ISSAC OLUFEMI FAWEHINMI,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals. (A71-793-111)

———————

Submitted: July 30, 1999        Decided: September 21, 1999

———————

Before NIEMEYER, LUTTIG, and KING, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Diane McHugh-Martinez, LAW OFFICE OF MCHUGH-MARTINEZ, Washington, D.C., for Petitioner. David W. Ogden, Acting Assistant Attorney General, David M. McConnell, Assistant Director, H. Bradford Glassman, Office of Immigration Litigation, UNITED STATES DEPART- MENT OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Isaac Olufemi Fawehinmi, a native and citizen of Nigeria, seeks review of the Board of Immigration Appeals' opinion and order dismissing his appeal and affirming the immigration judge's decision denying his motion to reopen his deportation proceedings. An immigration judge ordered Fawehinmi deported <u>in</u> <u>absentia</u> after Fawehinmi failed to appear for his deportation hearing. Fawehinmi alleges that he did not receive proper notice of the hearing and that the immigration judge abused his discretion by denying his motion to reopen. Our review of the record discloses that the Board's decision is based on substantial evidence and is without reversible error. <u>See</u> <u>In re Fawehinmi</u>, No. A71-793-111 (B.I.A. Feb. 12, 1999). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

2